*Friday, May 27, 1994*

## MISCELLANEOUS DISMISSALS

93–2437. Sherman v. Fifth Third Bank. *Montgomery County,* No. 13895. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. Upon consideration of the joint motion to dismiss,

IT IS ORDERED by the court that the motion be, and the same is hereby, granted, effective May 26, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, June 8, 1994*

## MERIT DOCKET

93–2563. State v. Fuller. *Lorain County,* No. 90CA004855. Judgment affirmed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94–24. State v. Hatfield. *Knox County,* Nos. 89–CA–12 and 91–CA–15. Judgment affirmed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94–48. State v. Milteer. *Richland County,* No. CA–2914. Judgment affirmed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94–157. State v. Fuller. *Clark County,* No. CA–2223. Judgment affirmed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94–300. State v. Norton. *Franklin County,* No. 93AP–194. Judgment affirmed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94–373. State v. Roberts. *Franklin County,* No. 81AP–18. Judgment affirmed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94–534. Corwin v. Ford Motor Co. Certified State Law Question, No. 3:91CV7296. *Sua sponte,* this court declines to answer the certified question pursuant to S.Ct.Prac.R. XVIII(6), and this cause is dismissed.
MOYER, C.J., A.W. SWEENEY, WRIGHT, RESNICK and PFEIFER, JJ., concur.
DOUGLAS and F.E. SWEENEY, JJ., dissent.

94–646. State ex rel. Gerhart v. Summit Cty. Court of Common Pleas. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94–773. State v. Van Hook. *Hamilton County,* No. C–850565. Judgment affirmed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.
WRIGHT, J., dissents.

94–781. May v. Bowland. *Hamilton County,* No. C–940107. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.
PFEIFER, J., dissents.

94–796. State v. Spirko. *Van Wert County,* No. 15–84–22. Judgment affirmed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.
WRIGHT, J., dissents.